1 ~~Cyrus Safa~~
~~Attorney at Law: 282971~~
2 ~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670~~
3 ~~Tel.: (562)868-5886~~
~~Fax: (562)868-8868~~
4 ~~E-mail: rohlfing.office@rohlfinglaw.com~~

5 ~~Attorneys for Plaintiff~~
~~Peter Anthony Spoto~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ANTHONY SPOTO, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Case No.: EDCV 11-01548 AN <br><br> ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   September 11, 2012

THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-