1  ~~Cyrus Safa~~
   ~~Attorney at Law: 282971~~
2  ~~Law Offices of Lawrence D. Rohlfing~~
   ~~12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670~~
3  ~~Tel.: (562)868-5886~~
   ~~Fax: (562)868-8868~~
4  ~~E-mail: rohlfing.office@rohlfinglaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Peter Anthony Spoto~~

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      SEP 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy              DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ANTHONY SPOTO,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: EDCV 11-01548 AN<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 11, 2012        *[signature]*

THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-